42 A.3d 153

IN THE MATTER OF ROBERT W. STEIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 015951994).

May 9, 2012.

## ORDER

**ROBERT W. STEIN** of **CHELTENHAM, PENNSYLVANIA,** who was admitted to the bar of this State in 1994, having pleaded guilty in the United States District Court for the District of New Jersey to a one-count information charging him with Sherman Act Conspiracy in violation of 15 *U.S.C.* § 1, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ROBERT W. STEIN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective, immediately and until the further Order of this Court; and it is further

ORDERED that **ROBERT W. STEIN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ROBERT W. STEIN** comply with *Rule* 1:20-20 dealing with suspended attorneys.